IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Farmer, Quentin L

Printed: 9/18/07

Case Number: 07 B 05835
Judge: Wedoff, Eugene R
Filed: 4/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: September 17, 2007
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,492.24 |  |
| Secured: |  | 1,564.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 793.36 |
| Trustee Fee: |  | 134.59 |
| Other Funds: |  | 0.00 |
| Totals: | 2,492.24 | 2,492.24 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 793.36 |
| 2. | CCO Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 24,200.45 | 1,564.29 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 1,060.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 198.79 | 0.00 |
| 6. | Wells Fargo Financial Bank | Unsecured | 128.34 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 44.52 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 486.64 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 68.67 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 69.52 | 0.00 |
| 11. | B-Real LLC | Unsecured | 506.83 | 0.00 |
| 12. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 147.89 | 0.00 |
| 13. | B-Real LLC | Unsecured | 412.53 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 168.10 | 0.00 |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,116.28 | $ 2,357.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 134.59 |
|  | _____ |
|  | $ 134.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Farmer, Quentin L | Case Number:  07 B 05835 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/18/07 | Filed:  4/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_